**Name:** Christopher J. Barnett
GPCC BK102
**Address:** PO Box 700
Hinton, OK 73047

FILED

JUL 31 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE Western DISTRICT OF OKLAHOMA

Chris Barnett, Plaintiff
(Full Name)

v.

Casey Hamilton, UM for Unit D
CM Wilkerson, GPCC Chief
of Security, See Attached, Defendant(s)

Case No. CIV-24-790-HE
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

## A. JURISDICTION

1) Chris Barnett (Plaintiff), is a citizen of Oklahoma (State), who presently resides at GPCC PO Box 700 Hinton OK 73047.
(Mailing address or place of confinement)

2) Defendant Casey Hamilton et al (Name of first defendant) is a citizen of Hinton, OK (City, State) and is employed as Warden (position and Title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☒    No ☐    If your answer is "Yes", briefly explain:
Hamilton is Warden of GPCC and had a duty to protect me from harm & retaliation and sexual assault.

3) Defendant __Wilkerson__ is a citizen of
   *(Name of second defendant)*
   __Hinton OK__, and is employed as
   *(City, State)*
   __Case mgr for GPCC DH__. At the time the claim(s)
   *(Position and Title, if any)*
   alleged in this complaint arose was this defendant acting under color of state law?
   Yes ☒   No ☐   If your answer is "Yes", briefly explain:
   __Case mgr committed First Amendment__
   __Retaliation against me for Filing Grievance__
   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(3); 42 U.S.C. § 1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____
   _____

## B. NATURE OF THE CASE

1) Briefly state the background or your case.

   __See Attached__

XE-2    7/93

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 ½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: First Amendment Retaliation

(2) Supporting facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See Attached

B) (1) Count II: Failure to train and Supervise, and Act

(2) Supporting facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See Attached.

C) (1) Count III: Violation of 1st Amendment Right to Free Speech and Access the Courts.

3

(2) Supporting facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_See Attached_

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☒   If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  a) Parties to previous lawsuit:
     Plaintiffs: _See Attached_

     Defendants: _____

  b) Name of Court and Docket Number: _____

  c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
     _____

  d) Issues Raised? _____

  e) Approximate date of filing lawsuit? _____

  f) Approximate date of disposition? _____

XE-2     7/93

4

2)   I have previously sought informal or formal relief from appropriate administrative officials regarding the acts complained of in Part C.
Yes ☒    No ☐    If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

I Filed Numerous RTS And they were Never Answered I Am in Danger Due to the Inaction of Staff And Staff Retaliating Against me For Filing A Grievance in trying to get help. This Chilled me From Filing Further

### E. REQUEST FOR RELIEF

1)   I believe that I am entitled to the following relief:

Emergency Injunctive Relief monetary Damages As All Involved violated Clearly established Rights under the 1st Amendment Court cost, Fees, A Jury trial, Court Appointed counsel

_____                           _____
Signature of Attorney (if any)                              Signature of Petitioner

OPCC BC 102
PO Box 700
Hinton, OK 73047
(Attorney's full address and telephone number)

XE-2      7/93

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the Plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746.   18 U.S.C. § 1621.

Executed at __GPCC Hinton OK__ on __7/26__, 20__24__.
              (Location)                         (Date)

_____
(Signature)