Case 5:24-cv-00790-J   Document 1-1   Filed 07/31/24   Page 1 of 9

FILED
JUL 31 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

# Statement of Case & Cause of Action

1. On or around June 20, 2024 I met with GPCC Chief of Security and Delta Unit Manager. I told both of them that I would like to be moved to a different unit because a man on my unit was giving me notes that said he was going to fuck and suck me. UM told me that she would move me. I also told both that Delta Case Manager Wilkerson was bringing in drugs to inmates and not doing her job. I ended up filing a grievance against CM Wilkerson. Apparently both Chief of Security and UM told Wilkerson what I had disclosed to them. Wilkerson then retaliated against me by telling a gang member in DH-05 that I was a rat. I filed a grievance against her, they need to teach me a lesson and she even provided letters to Teasy that I sent to OIG. Wilkerson went further and moved the man I complained about from cell 6 to my cell. I contacted my mother and asked her to contact Agent White at OIG, which she did. She sent a text and left a voicemail. I tried to meet with the UM multiple times to bring these matters to her attention. I filed several RTS to UM asking to speak to her. UM Allen refused to speak with me at all. I tried numerous times. She doesn't do her job.

The UM would tell me she'd meet with me but never did. I witnessed CO Day bring a man by the name of McEntyre back into the unit in handcuffs 3 times after he told Day that he was being bullied, beat and extorted. I also witnessed CO Day watch an inmate named Jesse Wilson push and attack McEntyre. I also saw Day let several black gang members red light on DM with the only intention to allow them to go to DH07 and beat a young man named Richie. CO Day was implicated by me to the COs and UM of bringing in drugs primarily meth. Both people beat owed drug debts to Day. I finally called Agent White, spoke to him and I told him what was going on and to please read my emails to my mom. That was on Thursday. Friday ~~Day~~ UM told me she would be meeting with me at 10 AM that morning. She never did. Saturday around 1 AM I woke up to find the man I complained about fondling my feet. I covered up & went back to sleep. I was then awakened to find this man with erect penis on my face, trying to put it in my mouth. I told him to stop, leave me alone & went back to sleep. I was then awakened to find this man jacking me off in

3

my sleep. I pushed him off, told him to stop & went back to sleep. I woke up around 4:15 to 4:30 to go to breakfast. All 8 of us were awake. As I was leaving, this man grabbed my shirt & would not allow me to leave. He took me behind the curtain and told me to suck his dick. I told him no, I am going to breakfast. He proceeded to punch me in the stomach twice and I complied with his demands. He made me swallow his seamen then allowed me to go to breakfast. Prior to this terrible sexual assault taking place I also wrote an inmate request to the warden asking to speak to him regarding a PREA matter. I was called to mental health that monday after the S/A and I told them all of this. I was then placed in protective custody.

Cause of Action

I bring this action under 42 USC 1983 and bring a claim for First Amendment Retaliation. Instead of the GPCC COS & UM following PREA standards and investigating

4

They were vindictive and told Wilkerson. All 3 conspired to not help me, tell inmates about me writing to OIG and that I'm a rat and to harm me. Then they went on further to allow this sexual predator to move into my cell. I learned that this man had committed another sexual assault on another inmate on DH and staff allowed him to come back and assault me. These actions scared me and prevented me from obtaining help. CO Day was the officer on the pod and after seeing Day watch inmates being beat, I became very scared. I feared if I called PREA Hotline Day would allow inmates to beat me. COs and UM also told CO Ritter to speak to me regarding Wilkerson. Ritter told me to lay off Wilkerson or she would cause a lot of problems for me. Warden Casey Hamilton has in place failed policies and knows of the inmate abuse and has failed to timely act. Hamilton was aware of the issues but only acted after mental health called him.

5

I also bring a claim against Unit Manager Allen who is over Bravo unit which is seg. I have gone without clean clothes, toilet paper, tooth brush, towel, soap, wash cloth now more than 5 days. I have not been allowed a shower at all. I reported this to the Bravo case manager Wolfington only for her to ignore me. I asked to speak to the Warden to no avail. Bravo unit has not been given any cleaning supplies or even a broom for the cells. This is cruel and unusual punishment. It is also very unsanitary.

I also bring a claim against all defendants for cruel and unusual punishment because they had the potential sexual assault reported to them, they promised to move me which they never did, then they retaliated due to me reporting wrong doing and filing a grievance.

6.

I am in immediate danger due to all of these actions. I request that this court hold an emergency hearing and issue injunctive relief to stop and prevent the harm. I also request that the court order the prison to stop retaliating. I further request that the court order a Martinez Report and allow me to proceed to trial. I had two deadlines with the 10th Circuit and I missed both because the prison would not give me my paperwork. I bring a claim for denial of access to the courts. I am so scared because they allowed me to be sexually assaulted and after see CO Day Watch inmates be beat and raped and do nothing as well as Lt. Carter going into cells and beating inmates. I truly fear and believe that they will do the same to me. Both CO's have been supplying drugs to the inmates. OIG has failed to act as well.

7

It appears that Bravo Unit Manager Allen is very miserable and unhappy, she refuses to do her job and tells inmates oh well, you will get clothes in a few weeks. She told me I could go back to the yard and I refused housing. I never refused housing & I cannot go back to the yard. She simply does not do her job and this leads to us inmates being neglected. When CO Ingraham told her we needed mattresses, clothes, towels, blankets, toilet paper, she told him to stay in his lane & it wasn't his job. We are locked in cells with no access to help. I have only met the warden once. I have sought mental help for the rape/assault and been ignored. Hamilton turns a blind eye and allows us to be abused & neglected by staff. Please help.

All Defendants work At GPCC

Defendants
Casey Hamilton, Warden GPCC
Unnamed Unit Mgr for Delta  GPCC UM
Unnamed Chief of Security          GPCC
CM Wolfington                              GPCC
UM Allen                                       GPCC
UM Wilkerson                              GPCC

All are sued in Individual And Official Capacities

All events took place At Great Plains Correctional Center in Hinton, OK between 6-1-24 to 7-26-24
No Administrative Relief is Available Due to the Retaliation by All Defendants. See Tuckel v. Grover.

I Am Scared to death. We need Help. This is not supposed to happen. Please Appoint Counsel. I Am not the only victim And fear they will deny me Further access to the Courts.

## 3 Strike Rule

The Federal Courts show I have 3 strikes, However I Appealed two of those to the 10th Circuit, I Dispute the 3 counting as strikes and the 10th Circuit said they will be Reviewing it.

I request that I Be Allowed to Proceed IFP because I am in Grave danger by the Defendants Retaliation and Failure to Act and Failure to properly train.

I have no access to my legal work to provide case #'s. I have been Allowed to Proceed IFP in The Northern District of OK and the US Supreme Court as well as Tulsa County District Court, OK Supreme Court and OCCA

This is the form Provided. Please mail me USM 285 Forms and Summons so Defendants may be served.